# EXHIBIT F

# EXHIBIT F

FENNEMORE CRAIG, P.C.
William G. Klain (No. 015851)
Zachary Rosenberg (No. 033719)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: wklain@fennemorelaw.com
Email: zrosenberg@fennemorelaw.com

RUSSELL PICCOLI PLC
Russell Piccoli
2646 E. Juniper Avenue
Phoenix, AZ 85032
Telephone: (602) 381-0600
Email: rp@winazlaw.com

Attorneys for Respondent

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| William H. Henrich, as Trustee of Insys Liquidation Trust,<br>Claimant,<br>v.<br>Michael L. Babich,<br>Respondent. | No. 01-23-0005-6852<br>**ANSWER AND COUNTERCLAIM** |

**ANSWER/GENERAL DENIAL**

To the extent claimant has described his claims by a 106-page exhibit, encompassing 270 paragraphs in addition to his prayer for relief, such is violative of AAA Employment Rule 4(b)(i)(1), requiring a “brief statement of the nature of the claim.” As such, respondent generally denies all substantive allegations made with respect to him in claimant’s Exhibit 1.

**AFFIRMATIVE DEFENSES**

As and for affirmative defenses, respondent asserts release; estoppel; advice of counsel; that Insys suffered no net loss as, in the absence of the wrongful acts complained of, Insys would have never had any net worth or net assets to begin with, such that there is

no causation; that claimant wrongfully seeks indemnity or contribution in violation of Arizona law, and; *in pari delicto* as the actions of Insys by its chairman, key board members, and counsel were far more substantial than the effectively passive actions of respondent, which were only undertaken pursuant to all of their directions.

## COUNTERCLAIM

At all times, Insys operated pursuant to the directions of its chairman, John Kapoor and its key director, Patrick Forteau, and at all times respondent operated only pursuant to their direction. In December 2013, Insys was served with a subpoena by the United States Department of Justice, alerting the company that some of its actions might be illegal. At that stage, Insys, through Kapoor, retained a major national law firm with expertise in FDA matters and the senior partner of Arizona's largest law firm as its General Counsel to guide its activities. Thereafter, through the time of respondent's forced departure from Insys in December 2015, Insys' counsel directed many of Insys' activities and consistently advised respondent that its actions were in compliance with law. Kapoor, Forteau, and Insys' counsel made such statements to respondent with the specific intent that respondent continue to provide administrative assistance to Insys' activities, but with knowledge that such activities were, or at least were likely, fraudulent.

At a minimum, Insys, through its outside and general counsel, failed to properly analyze and research the potential illegality of Insys' practices and communicate such to respondent. Consequently, even though respondent was not directly involved in implementing the speaker's program and had no direct involvement as to Insys' insurance reimbursement center, he continued to permit the activities complained of by claimant to proceed.

As a result, subsequent to the termination of his employment, respondent was indicted on various criminal counts in the United States District Court for the District of Massachusetts. Ultimately, respondent was effectively compelled to plead guilty to one count of mail fraud and one count of wire fraud, and was forced to spend time in a Federal penitentiary subsequent to his plea. Although as result of Insys' advice respondent believed

his actions were legal, his involvement in Insys' activities and criminal conviction have essentially made him unemployable. Insys is liable to respondent for negligence, fraud, and/or negligent misrepresentation. Insys' liability to respondent constitutes a set-off to any recovery claimant might realize in this proceeding.

**ATTORNEYS' FEES**

Respondent seeks an award of attorneys' fees pursuant to his paragraph 16 of the separation agreement and A.R.S. § 12-341.01.

DATED this 27th day of December, 2023.

        FENNEMORE CRAIG, P.C.


By: /s/ William G. Klain
     William G. Klain
     Zachary Rosenberg

RUSSELL PICCOLI, PLC


By: /s/ Russell Piccoli
     Russell Piccoli

*Attorneys for Respondent*

Copy sent to:

Daphne J. Crayne
American Arbitration Association
Manager of ADR Services
45 E. River Park Place West, #308
Fresno, CA  93720
daphnecrayne@adr.org

Eric D. Madden, Esq.
Reid Collins & Tsai, LLP
1601 Elm Street, Suite 4200
Dallas, TX  75165
emadden@reidcollins.com
*Attorneys for Claimant*

By: /s/ Lisa Plisko

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

30663348.1