# EXHIBIT H



REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, Texas 75201
Main:  214.420.8900
Fax:  214.420.8909
www.reidcollins.com

Eric D. Madden | Partner
Direct:  214.420.8901
emadden@reidcollins.com

January 16, 2024

<u>Via E-Mail</u>

Russell Piccoli, Esq.
RUSSELL PICCOLI PLC
2646 E. Juniper Avenue
Phoenix, Arizona 85032
rp@winazlaw.com

  Re: *Henrich v. Babich*, AAA Case No. 01-23-0005-6852,
     before the American Arbitration Association

Dear Russ:

  I am writing to address the counterclaims that your client, Michael L. Babich ("<u>Babich</u>"), has asserted against my client, William H. Henrich, in his capacity as the Trustee of the Insys Liquidation Trust (the "<u>Trustee</u>"), in the above-referenced matter. Babich's counterclaims, as indicated in the *Trustee's General Denial and Defenses*, are barred for several reasons, including because they violate: (1) the *Barton* doctrine, and (2) the injunction and other provisions of the Chapter 11 plan and order confirming that plan in the Insys bankruptcy case.

  First, Babich's counterclaims violate the *Barton* doctrine. This doctrine, which originated more than 140 years ago in *Barton v. Barbour*, 104 U.S. 126 (1881), states that a party must first obtain leave from the bankruptcy court before asserting claims in another forum against a bankruptcy trustee for acts done in the trustee's official capacity. Babich, of course, failed to obtain leave before asserting his counterclaims against the Trustee, thereby violating the *Barton* doctrine. Thus, Babich's counterclaims are void ab initio and must be dismissed.

  Second, Babich's counterclaims violate the injunction and other provisions of the Chapter 11 plan and order confirming that plan in the Insys bankruptcy case (D.I. 1115). *See In re Insys Therapeutics, Inc.*, Case No. 19-11292-JTD (Bankr. D. Del.). Specifically, we direct your attention to sections 5.4 and 10.4 of the Chapter 11 plan (D.I. 1115, at 38, 71-72), as well as paragraph MM and paragraphs 10 and 18 of the Court's confirmation order

Letter to Russell Piccoli, Esq.
January 16, 2024
Page 2

---

(D.I. 1115, at 21, 32, 36).  Babich's counterclaims are barred under these provisions, among others, of the Chapter 11 plan and confirmation order.

Accordingly, the Trustee demands that Babich dismiss his counterclaims in the above-referenced arbitration by no later than January 19, 2024.

Very truly yours,

Eric D. Madden

cc: William Klain, Esq.
Zachary Rosenberg, Esq.