**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>Liquidating Debtors.[1] | Chapter 11<br><br>Case No. 19-11292 (JTD)<br><br>(Jointly Administered) |
| WILLIAM H. HENRICH, in his capacity as LIQUIDATING TRUSTEE of the INSYS LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL L. BABICH,<br><br>Defendant. | Adversary No. 24-50008 (JTD) |

**TRUSTEE'S MOTION FOR PRELIMINARY INJUNCTION**

William H. Henrich, as liquidating trustee (the "Trustee") of the Insys Liquidation Trust (the "Liquidation Trust"), the successor to the above-captioned debtors (collectively, "Insys" or the "Debtors"), submits this Motion for Preliminary Injunction (the "Motion") pursuant to 11 U.S.C. § 105(a) and Federal Rule of Civil Procedure 65 (as made applicable herein by Federal Rule of Bankruptcy Procedure 7065). By this Motion, the Trustee seeks to enjoin Defendant Michael L. Babich ("Babich") from prosecuting counterclaims (the "Counterclaims") against the Trustee in a pending arbitration in violation of: (1) this Court's order confirming the Chapter 11

---

[1] The Liquidating Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).

plan in these bankruptcy cases; and (2) the *Barton* doctrine as recognized by the United States Supreme Court and the Third Circuit. The grounds supporting this Motion are set forth in the concurrently filed Memorandum of Law in Support of Motion for Preliminary Injunction.

WHEREFORE**,** the Trustee respectfully requests that the Court: (1) enter a preliminary injunction, substantially in the form attached hereto as **Exhibit A**, enjoining Babich from prosecuting the Counterclaims against the Trustee, pending a final adjudication of the Complaint in this action; and (2) grant such other and further relief as the Court deems just, proper, and equitable.

Dated:  January 23, 2024

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Derek C. Abbott (No. 3376)
Matthew O. Talmo (No. 6333)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
dabbott@morrisnichols.com
mtalmo@morrisnichols.com

*Counsel to the Trustee of the Insys Liquidation Trust*

-and-

**REID COLLINS & TSAI LLP**
Eric D. Madden (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 420-8900
emadden@reidcollins.com
myoder@reidcollins.com

-and-

Ryan M. Goldstein (admitted *pro hac vice*)
Morgan M. Menchaca (admitted *pro hac vice*)
1301 S. Capital of Texas Hwy, C-300
Austin, TX 78746
Telephone: (512) 647-6100
rgoldstein@reidcollins.com
mmenchaca@reidcollins.com

*Special Litigation Counsel to the
Trustee of the Insys Liquidation Trust*